UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 14-4081 DSF (VBKx) | Date | 6/24/14 |
|---|---|---|---|
| Title | Luis A. Molina, et al. v. Residential Credit Solutions, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

This case was removed from state court based on diversity jurisdiction. The allegation that the amount in controversy exceeds $75,000 is based on (1) Plaintiff's demand for modification of a $248,000 loan and (2) a statement in the complaint that the amount in controversy is "approximately $75,000 and/or according to proof," (Compl. ¶ 9). A statement that the amount in controversy is "approximately" $75,000 does not indicate that the amount in controversy exceeds $75,000. And while the total loan at origination in 2007 was apparently $248,000, there is no indication as to what the current loan value is or what reduction of principal might reasonably be expected in a court-ordered modification if Plaintiff were to prevail.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.